■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER BRYANT, Appellant.—Judgment, Supreme Court, Bronx County, rendered on September 30, 1975, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Lupiano, Birns, Capozzoli and Lane, JJ.